— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

APEX LAUNDRY SERVICE CORPORATION, Plaintiff, v. HARRY KAUFMAN, Doing Business as TRAFFIC GARAGE, Respondent; PRODUCTIVE THOUGHT, INC., a Domestic Corporation, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HOWARD BEACH, INC., Respondent, v. MARIE R. JACKSON and JOSEPH E. JACKSON, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

HOWARD BEACH, INC., Respondent, v. MARIE R. JACKSON and JOSEPH E. JACKSON, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

ANNE LANDSMAN, Respondent, v. LEAH ALPERT and MAX ALPERT, Appellants, — Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

SAMUEL LEHRMAN, Appellant, v. DYCKMAN STREET AND ENGLEWOOD FERRY CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MICHAEL LICHTENSTEIN, Respondent, v. J. OHL, INC., and JOSEPH OHL, Appellants.— The decision of this court handed down on October 5, 1931, is hereby amended to read as follows: Motion to resettle order of this court dated May 22, 1931, granted and said order resettled by striking out of the decretal part thereof and the conclusion of law numbered " 2 " the following: " so far as it purports to set out a cause of action for damages against the defendant Joseph Ohl; " and by adding to conclusion of law numbered " 2 " the words " with costs; " and so as to provide that findings of fact numbered " sixth " and " ninth " and conclusion of law numbered " first," found by the trial court, be reversed and disallowed, and so as to make the following additional conclusion of law: 3. That the plaintiff was entitled to the temporary injunction order signed by Hon. Burt J. Humphrey on the 22d day of January, 1929, as against the defendant J. Ohl, Inc. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ONE AND THREE SOUTH WILLIAM STREET BUILDING CORPORATION, Appellant, v. GARDENS CORPORATION and Others, Respondents.— Motion to resettle order granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ. Settle order on notice.

MURRAY ROSNER, an Infant, by LOUIS ROSNER, His Guardian ad Litem, Respondent, v. ALFRED H. NEWBURGER and Others, Doing Business under the Firm Name and Style of NEWBURGER, HENDERSON & LOEB, Appellants.— Motion